# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| LA'SANE LEE ROBERTSON, | No. CV 12-633-GW (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| MATTHEW CATE, Secretary of CDCR, | |
| Respondent. | |

Pursuant to the order accepting the findings, conclusions and recommendations of the magistrate judge, IT IS ADJUDGED that the petition is denied and dismissed with prejudice.

DATED: July 24, 2015

HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE