JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| LA'SANE ROBERTSON, | No. CV 12-633-GW (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| MATTHEW CATE, Secretary of CDCR, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is dismissed with prejudice.

DATED: June 17, 2020

HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE